UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

DONALD P. LARIVIERE )
)
v. ) CIVIL NO. 2:11-cv-326-GZS
)
BANK OF NEW YORK AS TRUSTEE et al )

## J U D G M E N T

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge issued on January 3, 2012 by U.S. District Judge George Z. Singal, all claims in the plaintiff's complaint are DISMISSED WITH PREJUDICE. Judgment is hereby entered in favor of defendants Bank of New York as Trustee, Litton Loan Servicing, LP, Bank of America, and Mortgage Electronic Registration Systems, Inc. and against the plaintiff, Donald P. Lariviere.

Dated at Portland, Maine, this 3rd day of January, 2012.

                                                CHRISTA K. BERRY
                                              CLERK


                                  By:   /s/ Lindsey Caron
                                            Deputy Clerk